## Capital City Water Co. v. City Council of Montgomery.

Appeal from Montgomery Chancery Court.

Heard before the Hon. John A. Foster.

J. M. Falkner, for appellant.

Arrington & Graham, *contra.*

The bill in this case was filed by the City Council of Montgomery against the Capital City Water Company, to compel the specific performance of a contract, entered into between the city of Montgomery and the defendant, and that the Capital City Water Company may be required to furnish said city a sufficient amount of pure, wholesome, deep, well water, suitable for all domestic and manufacturing purposes. The bill was demurred to on the ground that it contained no equity. The demurrer was overruled, and the defendants appeal, and assign the decree of the chancellor as error. Decree affirmed.

Opinion by Brickell, C. J.